**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Annick M. Persinger (State Bar No. 272996)
Julia A. Luster (State Bar No. 295031)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail:   ltfisher@bursor.com
          apersinger@bursor.com
          jluster@bursor.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA DOBBINS, MOLLIE DELANEY and AMANDA RETCOFSKY individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SENSA PRODUCTS, LLC, GNC CORPORATION, GNC INC., SENSA, INC., and ALAN R. HIRSCH,<br><br>Defendants. | Case No. 14-CV-00358 SI<br><br>**[PROPOSED] ORDER APPROVING THE JOINT STIPULATION TO POSTPONE CASE MANAGEMENT CONFERENCE**<br><br>The Honorable Susan Illston |

1  Good cause having been shown in the parties' stipulation, the Court hereby ORDERS that
2  the initial Case Management Conference in this case is reset from April 25, 2014 at 2:30 p.m. to
3  __5/30/14__ at __2:30 pm__ before the Honorable Judge Susan Illston.

4  
5  DATED: April _3_, 2014                     _____
                                               The Honorable Judge Susan Illston
6                                              United States District Court Judge

7  .