1  **BURSOR & FISHER, P.A.**
   L. Timothy Fisher (State Bar No. 191626)
2  Annick M. Persinger (State Bar No. 272996)
   Julia A. Luster (State Bar No. 295031)
3  1990 North California Boulevard, Suite 940
   Walnut Creek, CA 94596
4  Telephone: (925) 300-4455
   Facsimile: (925) 407-2700
5  E-Mail:  ltfisher@bursor.com
            apersinger@bursor.com
6           jluster@bursor.com

7
   *Attorneys for Plaintiffs*
8

9

10                  **UNITED STATES DISTRICT COURT**

11                  **NORTHERN DISTRICT OF CALIFORNIA**

12

13  ANGELA DOBBINS, MOLLIE DELANEY and      | Case No.  14-CV-00358 SI
    AMANDA RETCOFSKY individually and on
14  behalf of all others similarly situated, | **[~~PROPOSED~~] ORDER APPROVING THE JOINT STIPULATION TO POSTPONE CASE MANAGEMENT CONFERENCE**
15                        Plaintiffs,
16         v.
17  SENSA PRODUCTS, LLC, GNC
    CORPORATION, GNC INC., SENSA, INC., and
18  ALAN R. HIRSCH,                          | The Honorable Susan Illston
19                        Defendants.

---

[PROPOSED] ORDER APPROVING THE JOINT STIPULATION
TO POSTPONE CASE MANAGEMENT CONFERENCE
CASE NO. 14-CV-00358 SI

1      Good cause having been shown in the parties' stipulation, the Court hereby ORDERS that the initial Case Management Conference in this case is reset from May 30, 2014 at 2:30 p.m. to __July 18, 2015__ at __2:30 pm__ before the Honorable Judge Susan Illston.

DATED: May <u>19</u>, 2014

                                     *[signature]*
The Honorable Judge Susan Illston
United States District Court Judge

.

[PROPOSED] ORDER APPROVING THE JOINT STIPULATION
TO POSTPONE CASE MANAGEMENT CONFERENCE
CASE NO. 14-CV-00358 SI

1